IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:08cr60HTW-LRA

BERTY RODRIGUEZ

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Count 7 of the Criminal Indictment against BERTY RODRIGUEZ without prejudice.

STAN HARRIS
United States Attorney

By: S/Darren J. LaMarca
DARREN J. LAMARCA
Assistant U.S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 28th day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE